UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL MORAN,

    Plaintiff,

v.                                  Case No:  2:13-cv-599-FtM-38DNF

STORM SHIELD LLC,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #8) filed on November 12, 2013.  Pursuant to Federal Rule 41(a), Plaintiff voluntarily dismisses this action, with prejudice.  The Court notes that no Defendant has served an answer nor filed a motion for summary judgment in this matter.

Accordingly, it is now **ORDERED:**

(1) This matter is **DISMISSED with prejudice** pursuant to Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #8).

(2) The Clerk is directed to enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of November, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record